JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMILCAR V. GARCIA MARROQUIN, an individual,<br><br>Plaintiff,<br>vs.<br><br>PORSCHE CARS NORTH AMERICA, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 2:25-cv-01838-BFM<br><br>*Assigned to: Magistrate Judge Brianna Fuller Mircheff*<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: 10/16/2026

By: ______________________

Hon. Brianna Fuller Mircheff
United States Magistrate Judge